**TELOS CORPORATION,**
**Plaintiff-Appellant**

v.

**UNITED STATES, NETCENTRICS CORPORATION, Defendants-Appellees**

**2016-1655**

United States Court of Appeals, Federal Circuit.

December 13, 2016

NATHANAEL HARTLAND, Miles & Stockbridge, P.C., Baltimore, MD, argued for plaintiff-appellant. Also represented by JOSEPH GILBERT BILLINGS, KATHERINE BAUER BURROWS.

CORINNE ANNE NIOSI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DOUGLAS K. MICKLE.

JEREMY WILLIAM DUTRA, Squire Patton Boggs (US) LLP, Washington, DC, argued for defendant-appellee Netcentrics Corporaton. Also represented by KAREN HARBAUGH, VIENNA, VA.

(Taranto, Linn, and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**